# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| Plaintiff | : | No. 1:15-cv-02389 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **LEROY JUMPER,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 3rd day of March 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Plaintiff State Farm Fire and Casualty Company's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (Doc. No. 14), is **GRANTED**.  The Clerk of Court is directed to enter judgment in favor of Plaintiff State Farm Fire and Casualty Company and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
