AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY )<br>*Plaintiff* )<br>v. )<br>LEROY JUMPER )<br>*Defendant* ) | Civil Action No. 1:15-CV-2389 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that judgment be and is hereby entered in favor of the Plaintiff and against the Defendant in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kane _____ on a motion for Summary Judgment.

Date: 3-3-2017

CLERK OF COURT

/s/ Shawne L. Cilek
Signature of Clerk or Deputy Clerk